**EXHIBIT A**



# Notice of Service of Process

**null / PERINJ**
**Transmittal Number: 18573292**
**Date Processed: 08/15/2018**

| | |
|---|---|
| **Primary Contact:** | Kiia Adams<br>Delta Air Lines, Inc<br>1030 Delta Blvd, Dept 982<br>Atlanta, GA 30354 |
| **Entity:** | Delta Air Lines, Inc.<br>Entity ID Number  2078129 |
| **Entity Served:** | Delta Airlines, Inc. |
| **Title of Action:** | Ferdinand Segarra vs. Delta Airlines, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Bronx County Supreme Court, New York |
| **Case/Reference No:** | 28555/2018E |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 08/15/2018 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Lawrence James<br>212-234-6677 |
| **Notes:** | This document pertains to a slip and fall on the exit ramp at Munoz Marin Airport in Puerto Rico. |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com