```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  FERDINAND SEGARRA,                              :
                                                  :
                                                  :
                              Plaintiff,          :
                                                  :
                  -v-                             :            1:18-cv-8135-GHW
                                                  :
  DELTA AIRLINES, INC., JOHN DOES 1-10,           :            ORDER
  JANE DOES 1-10, XYZ CORPORATIONS,               :
                                                  :
                              Defendants.         :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Monday, November 2, 2020 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Tuesday, October 5, 2020 at 2:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

For the reasons discussed on the record during the June 17, 2020 conference, Defendant Delta Airlines Inc.'s anticipated motion to exclude Plaintiff's expert testimony is due no later than July 9, 2020. Any opposition is due no later than July 23, 2020. Any reply is due no later than July 30, 2020.

The parties are also directed to submit the following materials no later than September 7, 2020: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

Any motions *in limine* must also be served no later than September 7, 2020.  In the event that any motions *in limine* are served, opposition papers are due no later than seven days after the date of service of the motion.  Reply papers, if any, are due no later than four days after the date of service of the pertinent opposition.  Courtesy copies of any motions *in limine* should be submitted when the motions are fully briefed.

The parties are also required to confer about the choice-of-law issue discussed on the record by the Court during the June 17, 2020 conference.  The parties must then provide briefing to the Court about each party's perspective on what jurisdiction's law applies to this tort case.  The deadline for each party's brief on the choice-of-law question is also September 7, 2020.

SO ORDERED.

Dated:  June 17, 2020

_____
GREGORY H. WOODS
United States District Judge