USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FERDINAND SEGARRA,                               :
                                                 :
                                                 :
                        Plaintiff,               :
                                                 :
        -v-                                      :      1:18-cv-8135-GHW
                                                 :
DELTA AIRLINES, INC., JOHN DOES 1-10,            :      ORDER
JANE DOES 1-10, XYZ CORPORATIONS,                :
                                                 :
                        Defendants.              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 25, 2020, the Court held a conference to discuss Defendant Delta Airlines, Inc.'s motions to exclude Plaintiff's experts, Dkt. Nos. 68, 69, and 71. For the reasons articulated on the record during that conference, Defendant's *Daubert* motion, Dkt. No. 68, is granted. Defendant's motion in limine based on Federal Rule of Civil Procedure 37, Dkt. Nos. 69 and 71, is granted as to Mr. Goglia and denied as to Dr. Neuman.

Furthermore, as stated on the record during the August 25, 2020 conference, the parties' request for an extension of time for pretrial submissions and motions in limine, and to reschedule the final pretrial conference, Dkt. No. 81, is granted. The pretrial submissions referenced in the Court's June 17, 2020 order, Dkt. No. 67, and any motions in limine, are due October 2, 2020. Oppositions to any motions in limine are due no later than seven days after filing of the motions. Any replies are due no later than four days after filing of the oppositions. The final pretrial conference will be held via telephone on **October 22, 2020 at 10:00 a.m**. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in

Light of COVID-19, available on the Court's website, and are specifically directed to comply with

Emergency Rule 2(C).

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 68, 69, and 71.

SO ORDERED.

Dated: August 25, 2020
New York, New York

                                                      Gregory H. Woods
                                             United States District Judge