UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

FERDINAND SEGARRA,

          Plaintiff,

-against-

DELTA AIRLINES, INC., JOHN DOES 1-10,
JANE DOES 1-10, XYZ CORPORATIONS,

          Defendants.

-------------------------------------------------------X

Index No.: 18-8135
(GHW)(SDA)

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other inclusive of all claims, and without costs.

Ferdinand Segarra by
Lawrence James, Esq

/s/

Delta Airlines, Inc. by
David P. Feehan, Esq.

/s/

DATED:   New York, New York
          October 15, 2020